AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 3:23 pm, Nov 03, 2020

MAYNARD SANDERS

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-218
4:16-cr-358

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order dated November 2, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the Court's opinion; therefore, Respondent's Motion to Dismiss is GRANTED and Petitioner's 28 U.S.C. § 2255 is DISMISSED. Additionally, Petitioner is DENIED a Certificate of Appealability and Petitioner is not entitled to appeal in forma pauperis. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: November 3, 2020

John E. Triplett, Acting Clerk
Clerk

By Deputy Clerk

GAS Rev 10/1/03